[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-15752
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 26, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:07-cr-00439-JSM-MAP-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE FREDDY MEDINA-VALENCIA,
a.k.a. El Indio,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 26, 2011)

Before EDMONDSON, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Cynthia Hernandez, appointed counsel for Jose Medina-Valencia, has filed

a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders*

*v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Medina-Valencia, in response, has filed a motion seeking permission to proceed *in forma pauperis*, and to file a *pro se* brief.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Medina-Valencia's conviction and sentence is **AFFIRMED**.

Medina-Valencia's motion seeking permission to proceed *in forma pauperis*, and to file a *pro se* brief, is **DENIED** as moot.